

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
GUGGENHEIM CAPITAL, LLC et al.,  :

                Plaintiffs,  :   **10 CIV 8830**

     - against -  :   <u>ORDER</u>

CATARINA PIETRA TOUMEI, et al.,  :

                Defendants.  :
------------------------------X

**VICTOR MARRERO, United States District Judge.**

Having considered the papers filed by plaintiffs Guggenheim Capital, LLC and Guggenheim Partners, LLC (the "Plaintiffs") regarding Plaintiffs' request to file under seal all documents in this action, pursuant to U.S.C. § 1116(d)(8), including (a) Plaintiffs' Verified Complaint; (b) Plaintiffs' Ex Parte Application and Motion for a (1) Temporary Restraining Order; (2) Order to Show Cause for a Preliminary Injunction; (3) Seizure Order; (4) Order Restraining the Transfer of Assets; (5) Order Authorizing Expedited Discovery; (6) Order Authorizing Alternative Service of Process; and (7) Order Sealing File; (c) Plaintiffs' Order Granting Plaintiffs' Ex Parte Application and Motion; and all of the exhibits and declarations filed therewith, and finding good cause therefore, it is hereby

**ORDERED** that Plaintiffs are authorized to conduct expedited discovery with respect to Catarina Pietra Toumei,

Vladimir Zuravel, David Birnbaum, Eli Pichel, and Theodor Pardo (the "Named Defendants"); and it is further

**ORDERED** that the Named Defendants are directed to preserve all records related to the this matter; and it is further

**ORDERED** that the Named Defendants are to cease to use the Guggenheim Capital, LLC and Guggenheim Partners, LLC names and trademarks in any way relevant to this matter.

**SO ORDERED.**

Dated:   New York, New York
         22 November 2010

                                    VICTOR MARRERO
                                    U.S.D.J.