UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUGGENHEIM CAPITAL, LLC, and
GUGGENHEIM PARTNERS, LLC,

                Plaintiffs,

- against -

CATARINA PIETRA TOUMEI, A/K/A
LADY CATARINA PIETRA TOUMEI,
A/K/A CATARINA FREDERICK;
VLADIMIR ZURAVEL, A/K/A
VLADIMIR GUGGENHEIM, A/K/A
VLADIMIR Z. GUGGENHEIM, A/K/A
VLADIMIR Z. GUGGENHEIM BANK;
DAVID BIRNBAUM, A/K/A DAVID B.
GUGGENHEIM; ELI PICHEL; and JOHN
DOES 1-10,

                Defendants.

10 Civ. 8830 (PGG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/10

PAUL G. GARDEPHE, U.S.D.J.:

        On November 22, 2010, Judge Marrero issued a Temporary Restraining Order in the above-captioned action. On December 6, 2010, this Court ordered the following briefing schedule for Plaintiffs' preliminary injunction motion:

        Defendants' oppositions to the preliminary injunction motion must be filed by **Monday, December 13, 2010**.

        Plaintiffs' reply, if any, must be filed by **Thursday, December 16, 2010**.

        A hearing on the preliminary injunction motion will be held on **Friday, December 17, 2010 at 10:00 a.m.** in Courtroom 6B at the United States Courthouse, 500 Pearl Street, New York, New York.

Plaintiffs are directed to serve notice of this Order on all Defendants.

Dated: New York, New York
December 8, 2010

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge