UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUGGENHEIM CAPITAL, LLC, AND
GUGGENHEIM PARTNERS, LLC,

                Plaintiffs,

v.

CATARINA PIETRA TOUMEI, A/K/A LADY
CATARINA PIETRA TOUMEI A/K/A
CATARINA FREDERICK; VLADIMIR
ZURAVEL A/K/A VLADIMIR
GUGGENHEIM A/K/A VLADIMIR Z.
GUGGENHEIM A/K/A VLADIMIR Z.
GUGGENHEIM BANK; DAVID BIRNBAUM
A/K/A DAVID B. GUGGENHEIM; ELI
PICHEL; THEODOR PARDO; AND JOHN
DOES 1-10,

                Defendants.

**ORDER**

10 Civ. 8830 (PGG)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2011

PAUL G. GARDEPHE, U.S.D.J.:

        By letter dated January 20, 2011, Ben Manevitz and the Manevitz Law Firm LLC submitted an application to substitute in as counsel for Defendant David Birnbaum. That application is GRANTED. Yitzchak Cohen's application to withdraw as counsel of record for Birnbaum is also GRANTED.

        Defendant Birnbaum's time to answer or amend his interrogatory responses, to fully respond to Plaintiffs' requests for production of documents, and to answer or otherwise move with respect to the Complaint, is extended to January 31, 2011 at 5:00 p.m. No further extension of time will be granted.

Dated: New York, New York
      January 24, 2011

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge