UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUGGENHEIM CAPITAL, LLC, AND GUGGENHEIM PARTNERS, LLC,<br><br>        Plaintiffs,<br><br>     v.<br><br>CATARINA PIETRA TOUMEI, A/K/A LADY CATARINA PIETRA TOUMEI A/K/A CATARINA FREDERICK; VLADIMIR ZURAVEL A/K/A VLADIMIR GUGGENHEIM A/K/A VLADIMIR Z. GUGGENHEIM A/K/A VLADIMIR Z. GUGGENHEIM BANK; DAVID BIRNBAUM A/K/A DAVID B. GUGGENHEIM; ELI PICHEL; THEODOR PARDO; DABIR INTERNATIONAL, LTD., AND JOHN DOES 1-10,<br><br>        Defendants. | Civil Action No. 10-CV-8830-PGG<br><br>Honorable Paul G. Gardephe<br><br>JURY TRIAL DEMANDED |

### PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD OF STATUTORY DAMAGES, COSTS AND ATTORNEYS' FEES AGAINST DEFENDANTS TOUMEI, ZURAVEL AND PICHEL

  Plaintiffs Guggenheim Capital LLC and Guggenheim Partners, LLC ("Plaintiffs") hereby move for an award of statutory damages and costs and attorneys' fees against Defendants Catarina Pietra Toumei, Vladimir Zuravel and Eli Pichel ("Defendants") pursuant to the Lanham Act, 15 U.S.C. § 1114.

### Motion for Damages

  This Court having found Defendants Catarina Pietra Toumei, Vladimir Zuravel and Eli Pichel ("Defendants") to be in default, and thus liable to Plaintiffs on their claims as alleged in Plaintiffs' Verified Complaint (Dkt. No. 1), Plaintiffs respectfully move this Court for the following statutory damages, costs and attorneys' fees:

  A. For Defendants' violations of the Lanham Act for trafficking in counterfeit marks (Claim II), maximum willful statutory damages of $10 million, jointly and severally, pursuant to 15 U.S.C. § 1117(c);

  B. For Defendants' violations of the Anti-cybersquatting Consumer Protection Act (Claim IV), maximum statutory damages in the amount of $100,000 for the bad faith registration and use of the domain name **guggenheimadvisors.org**, against Defendant Catarina Pietra Toumei, pursuant to 15 U.S.C. § 1117(d); and

  C. An award of Plaintiffs' costs and attorneys' fees incurred in this litigation, in an amount based upon a declaration to be submitted by Plaintiffs and any other supporting documentation that the Court requests.

       Respectfully submitted,

February 22, 2011

_____

Rita Weeks (admitted *pro hac vice*)
John J. Dabney (admitted *pro hac vice*)
Robert W. Zelnick (admitted *pro hac vice*)
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005
(202) 756-8000 (telephone)
(202) 756-8087 (facsimile)

Michael Shanahan (NY Bar. # 3971793)
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
(212) 547-5400 (telephone)
(212) 547-5444 (facsimile)

*Attorneys for Plaintiffs*
*Guggenheim Capital, LLC and*
*Guggenheim Partners, LLC*

*Attorneys for Plaintiffs*
*Guggenheim Capital, LLC and*
*Guggenheim Partners, LLC*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD OF STATUTORY DAMAGES, COSTS AND ATTORNEYS' FEES AGAINST DEFENDANTS TOUMEI, ZURAVEL AND PICHEL was served on February 22, 2011, via Federal Express courier and/or e-mail transmission on counsel for Defendants or Defendants as follows:

| | |
|---|---|
| **Defendant Catarina Pietra Toumei**<br>6136 Paseo Delicias<br>Rancho Santa Fe, CA 92067<br>(858) 504-1556<br>ladycatarinapietra@gmail.com<br>cat@bestsellingwriter.net<br>cpcount@aol.com | **Defendant Theodor Pardo**<br>3610 Yacht Club Drive, Apt. 212<br>Miami, FL 33180-3542<br>(786) 208-9646<br>pardopolis777@msn.com |
| **Defendant Vladimir Zuravel**<br>63-10 Dieterle Crescent<br>New York, NY 11374<br>(347) 242-2304<br>vz@vzltd.com<br>vladimirzuravel@mail.ru | **Ben D. Manevitz**<br>**(counsel for Defendants David Birnbaum and Dabir International, Ltd.)**<br>Manevitz Law Firm LLC<br>128 Boulevard, Suite 13<br>Passaic, NJ 07055-4769<br>(973) 594-6529<br>ben@manevitzlaw.com |
| **Saskia van de Griek, Esq.**<br>**(counsel for Defendant Eli Pichel)**<br>info@c-lawonline.com | |

_____
Rita Weeks, Attorney for Plaintiffs

- 4 -