UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUGGENHEIM CAPITAL, LLC, AND
GUGGENHEIM PARTNERS, LLC,

                Plaintiffs,

v.

CATARINA PIETRA TOUMEI, A/K/A LADY
CATARINA PIETRA TOUMEI A/K/A CATARINA
FREDERICK; VLADIMIR ZURAVEL A/K/A
VLADIMIR GUGGENHEIM A/K/A VLADIMIR Z.
GUGGENHEIM A/K/A VLADIMIR Z.
GUGGENHEIM BANK; DAVID BIRNBAUM
A/K/A DAVID B. GUGGENHEIM; ELI PICHEL;
THEODOR PARDO; AND JOHN DOES 1-10,

                Defendants.

**ORDER TO SHOW CAUSE**

10 Civ. 8830 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant David Birnbaum is hereby ORDERED to show cause on **April 4, 2011 at 2:30 p.m.** in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York, why contempt sanctions should not be imposed for his alleged failure to comply with this Court's preliminary injunction order issued on December 17, 2010. (Dkt. No. 25)

Dated: New York, New York
       March 7, 2011

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/11