UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUGGENHEIM CAPITAL, LLC, AND
GUGGENHEIM PARTNERS, LLC,

               Plaintiffs,

v.

CATARINA PIETRA TOUMEI, A/K/A LADY
CATARINA PIETRA TOUMEI A/K/A
CATARINA FREDERICK; VLADIMIR
ZURAVEL A/K/A VLADIMIR GUGGENHEIM
A/K/A VLADIMIR Z. GUGGENHEIM A/K/A
VLADIMIR Z. GUGGENHEIM BANK; DAVID
BIRNBAUM A/K/A DAVID B. GUGGENHEIM;
ELI PICHEL; THEODOR PARDO; DABIR INT'L;
AND JOHN DOES 1-10,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/11
```

**ORDER**

10 Civ. 8830 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      By ex parte motion dated March 14, 2011, Ben D. Manevitz and the Manevitz Law Firm LLC, counsel of record for Defendant David Birnbaum and Defendant Dabir International Ltd., seek withdrawal as counsel of record.

      It is hereby ORDERED that, pursuant to Local Civil Rule 1.4, the motion of Ben D. Manevitz and the Manevitz Law Firm LLC to withdraw from representation of Defendants David Birnbaum and Dabir International is granted.

      It is further ORDERED that, for the reasons set forth in the Memorandum of Law and the Declaration of Ben D. Manevitz dated March 11, 2011 in support of the motion, the memorandum of law and the Manevitz declaration shall be filed under seal, and that only this Order, without the accompanying declaration and memorandum of law, be served upon Plaintiffs, and that the order and accompanying declaration and

memorandum of law be served upon Defendant David Birnbaum and Defendant Dabir International.

It is further ORDERED that the Order to Show Cause hearing currently scheduled for April 4, 2011, at 2:30 p.m. **will not be adjourned**. Defendant Birnbaum is directed to appear, either pro se or with counsel.

Before terminating their representation, Ben D. Manevitz and the Manevitz Law Firm LLC are directed to serve this Order upon Defendant David Birnbaum and Defendant Dabir International and inform such Defendants of all dates currently pending, and inform Defendant Birnbaum that in light of his repeated termination of counsel, the Court will not delay proceedings. Any new counsel retained by Defendant Birnbaum should be informed that he or she will need to be prepared to proceed on the current schedule.

The Clerk of the Court is directed to terminate the motion (Docket No. 87).

Dated: New York, New York
       March 18, 2011

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge