UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
GUGGENHEIM CAPITAL, LLC and.               :
GUGGENHEIM PARTNERS, LLC,                  :     Civil Action No.:   10 CV 8830 (PGG)
                                           :
            Plaintiffs,                    :
                                           :
      v.                                   :     CERTIFICATE OF SERVICE
                                           :     OF
CATARINA PIETRA TOUMEI, A/K/A LADY         :
CATARINA PIETRA TOUMEI A/K/A CATARINA      :
FREDERICK; VLADIMIR ZURAVEL A/K/A          :     MARCH 18 ORDER
VLADIMIR GUGGENHEIM A/K/A VLADIMIR Z.      :     RE WITHDRAWAL AS COUNSEL
GUGGENHEIM A/K/A  VLADIMIR Z.              :
GUGGENHEIM BANK; DAVID BIRNBAUM            :
A/K/A DAVID B. GUGGENHEIM; ELI PICHEL;     :
THEODOR PARDO; DABIR, INT'L;               :
AND JOHN DOES 1-10,                        :
                                           :
            Defendants.                    :
---------------------------------------------------------- X

   I hereby certify that on March 21, 2011, I served the following documents by US Priority Mail, postage prepaid, on Defendants Birnbaum and Dabir: (a) a copy of the Court's March 18 Order, (b) the accompanying declaration, (c) the accompanying memorandum of law, and (d) a letter concerning dates currently pending in this matter and pointing out to Defendants the Court's statement in that Order concerning delay.

   I further certify that on March 21, 2011, I served the Court's March 18 Order on Plaintiffs' counsel by email and fax.

DATED:   March 21, 2011            Respectfully Submitted,

                                      /s/Ben D. Manevitz/

                                   Manevitz Law Firm LLC
                                   Ben D. Manevitz
                                   128 Boulevard, Suite 13
                                   Passaic, NJ  07055-4769
                                   Tel: 973/594-6529    Fax: 973/689-9529
                                   Email: ben@manevitzlaw.com