```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/11
```

March 29, 2011

BY FAX TO

Judge Paul G. Gardephe
United States District Judge
United States Courthouse
500 Pearl Street
Room 920
New York, NY 10007

FAX NUMBER: 2i2 805-7986

IN RE: 10 Civ 8830 (PGG)

Dear Judge Gardephe:

I am writing with respect to my April 4 Order to Show Cause hearing.

As Your Honor knows, I am currently without counsel for this hearing. On March 14, 2011, I submitted, ex parte and in camera, an IFP form and an application to the Court to Request Pro Bono Counsel. I have not received a response. The Pro Se Office, when contacted yesterday morning, knew nothing of my submissions.

I also would ask Your Honor to consider whether the appointment of counsel for this contempt hearing is appropriate under the Criminal Justice Act.

I will be extremely grateful for your most rapid attention, as the hearing is now less than a week away.

Respectfully,

[signature]

David Birnbaum

**MEMO ENDORSED**

The request to proceed in forma pauperis is granted. The application for appointment of counsel is denied because there is no evidence as yet that Defendant Birnbaum has a meritorious defense.

SO ORDERED:

[signature]

Paul G. Gardephe, U.S.D.J.
Dated: March 29, 2011