UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUGGENHEIM CAPITAL, LLC, AND GUGGENHEIM PARTNERS, LLC,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>CATARINA PIETRA TOUMEI, A/K/A LADY CATARINA PIETRA TOUMEI A/K/A CATARINA FREDERICK; VLADIMIR ZURAVEL A/K/A VLADIMIR GUGGENHEIM A/K/A VLADIMIR Z. GUGGENHEIM A/K/A VLADIMIR Z. GUGGENHEIM BANK; DAVID BIRNBAUM A/K/A DAVID B. GUGGENHEIM; ELI PICHEL; THEODOR PARDO; DABIR INTERNATIONAL, LLC AND JOHN DOES 1-10,<br><br>                              Defendants. | Civil Action No. 10-CV-8830-PGG<br><br>Hon. Paul G. Gardephe |

**PLAINTIFFS' NOTICE OF: (1) ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT AND (2) MOTION FOR PERMANENT INJUNCTION, STATUTORY DAMAGES, AND ATTORNEYS' FEES AGAINST DEFENDANTS DAVID BIRNBAUM AND DABIR INTERNATIONAL, LLC**

PLEASE TAKE NOTICE that Plaintiffs Guggenheim Capital, LLC and Guggenheim Partners, LLC (collectively "Plaintiffs") will move this Court before the Honorable Paul G. Gardephe, United States District Judge, in Courtroom 6B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 1030, New York, New York, on _____, _____, 2011, or at such other place and time as the Court may direct, for the entry of a default judgment containing both injunctive and monetary relief against Defendants David Birnbaum and Dabir International, Ltd. ("Defendants), pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2(b) of the United States District Court for the Southern District of New York in

substantially the form of Plaintiff's Proposed Judgment, which will be filed with the Court by hand on April 15, 2011, in accordance with Judge Gardephe's Individual Practices.  Plaintiffs' Motion is based upon their supporting Memorandum of Law and Declaration of John J. Dabney, together with the exhibits thereto, which will be filed by hand on April 15, 2011, and all prior pleadings and proceedings herein.  Plaintiffs seek permanent injunctive relief, statutory damages under 15 U.S.C. §1117(c), and costs and attorneys' fees under 15 U.S.C. §1117(a) against Defendants.

McDERMOTT WILL & EMERY LLP

April 14, 2011        By: _____

Rita Weeks  (admitted *pro hac vice*)
John J. Dabney (admitted *pro hac vice*)
Robert W. Zelnick (admitted *pro hac vice*)
McDermott Will & Emery LLP
600 13th Street, NW
Washington, DC  20005
(202) 756-8000 (telephone)
(202) 756-8087 (facsimile)

Michael Shanahan (NY Bar. # 3971793)
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY  10173
(212) 547-5400 (telephone)
(212) 547-5444 (facsimile)

*Attorneys for Plaintiffs*
*Guggenheim Capital, LLC and Guggenheim Partners, LLC*

## PROOF OF SERVICE

*Guggenheim Capital, LLC et al v. Catarina Pietra Toumei, et al*
Civil Action No.10-CV-8830-PGG

    I hereby certify that on April 15, 2011, I will cause to be served PLAINTIFFS' NOTICE OF: (1) ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT AND (2) MOTION FOR PERMANENT INJUNCTION, STATUTORY DAMAGES, AND ATTORNEYS' FEES AGAINST DEFENDANTS DAVID BIRNBAUM AND DABIR INTERNATIONAL, LLC via Federal Express courier and/or email transmission on Defendants or counsel for Defendants as follows:

| | |
|---|---|
| **Defendant Catarina Pietra Toumei**<br>6136 Paseo Delicias<br>Rancho Santa Fe, CA 92067<br>(858) 504-1556<br><br>3012 Avenida Ciruela<br>Carlsbad, CA 92009-2916<br><br>ladycatarinapietra@gmail.com<br>cat@bestsellingwriter.net<br>cpcount@aol.com | **Defendant Theodor Pardo**<br>3610 Yacht Club Drive, Apt. 212<br>Miami, FL 33180-3542<br>(786) 208-9646<br><br>pardopolis777@msn.com |
| **Defendant Vladimir Zuravel**<br>63-10 Dieterle Crescent<br>New York, NY 11374<br>(347) 242-2304<br><br>vz@vzltd.com<br>vladimirzuravel@mail.ru | **Defendant David Birnbaum**<br>**Defendant Dabir International, Ltd.**<br>525 Ocean Parkway<br>Brooklyn, NY 11218<br>(718) 435-7313 |
| **Saskia van de Griek, Esq.**<br>**(counsel for Defendant Eli Pichel)**<br><br>info@c-lawonline.com | |

_____
Rita Weeks, Attorney for Plaintiffs

WDC99 2007674-1.067276.0119