13F3GUGD                    BIRNBAUM

1          Q.    Have you reviewed any of those topics?
2          A.    I invoke my Fifth Amendment.
3          Q.    Are you prepared to testify in behalf
4     of Dabir International Limited with respect to
5     any of plaintiffs' 43 deposition topics?
6          A.    I invoke my Fifth Amendment.
7          Q.    Isn't it true, sir, that you're
8     completely unprepared with respect to each and
9     every 43 deposition topics that are listed in
10    Exhibit 1?
11         A.    I invoke my Fifth Amendment.
12         Q.    Isn't it true, sir, that you did
13    nothing to prepare for any of the 43 deposition
14    topics?
15         A.    I invoke my Fifth Amendment.
16         Q.    Isn't it true, sir, that Dabir looked
17    at no documents to prepare to testify concerning
18    plaintiffs' 43 deposition topics?
19         A.    I invoke my Fifth Amendment.
20         Q.    Isn't it true, sir, that Dabir did not
21    speak with anyone in order to prepare for
22    testifying to plaintiffs' 43 deposition topics?
23         A.    I invoke my Fifth Amendment.
24         Q.    Isn't it true, sir, that Dabir
25    International spent no time, meaning zero

                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

13F3GUGD                          BIRNBAUM

1  minutes, preparing to testify as to plaintiffs'
2  43 deposition topics?
3         A.    I invoke my Fifth Amendment.
4         Q.    What steps did Dabir International
5  take to prepare for testifying at plaintiffs'
6  rule 30(b)(6) deposition today?
7         A.    I invoke my Fifth Amendment.
8         Q.    Did Dabir International review any of
9  its documents to prepare for the deposition
10  today?
11         A.    I invoke my Fifth Amendment.
12         Q.    Was there any documents that Dabir
13  International would have liked to consult to
14  prepare for the deposition today but did not
15  have in its possession?
16         A.    I invoke my Fifth Amendment.
17         Q.    Why didn't Dabir International take
18  any steps to prepare for the deposition today?
19         A.    I invoke my Fifth Amendment.
20         Q.    Why didn't Dabir International seek to
21  educate any other person to testify on behalf of
22  Dabir International today?
23         A.    I invoke my Fifth Amendment.
24         Q.    Why didn't Dabir International -- has
25  Dabir International received any discovery

```
13F3GUGD                    BIRNBAUM
 1      requests from plaintiffs in this case, sir?
 2             A.    I invoke my Fifth Amendment.
 3             Q.    Isn't it true, sir, that Dabir
 4      International has received discovery requests
 5      from plaintiffs?
 6             A.    I invoke my Fifth Amendment.
 7             Q.    Does Dabir International intend to
 8      respond to plaintiffs' discovery requests?
 9             A.    I invoke my Fifth Amendment.
10             Q.    Mr. Birnbaum, does Dabir International
11      own any computers?
12             A.    I invoke my Fifth Amendment.
13             Q.    Does Dabir International rely on the
14      use of computers in conducting its business?
15             A.    I invoke my Fifth Amendment.
16             Q.    Isn't it true that Dabir International
17      does rely on computers in conducting its
18      business?
19             A.    I invoke my Fifth Amendment.
20             Q.    Are the computers that Dabir
21      International relies upon for conducting its
22      business the same ones that are located at your
23      home, Mr. Birnbaum?
24             A.    I invoke my Fifth Amendment.
25             Q.    Isn't it true, Mr. Birnbaum, that
                     SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300
```

```
13F3GUGD                    BIRNBAUM
```

1       Dabir International uses those same computers as
2   you and your wife do?
3           A.    I invoke my Fifth Amendment.
4           Q.    Does Dabir International have any
5   e-mail accounts, sir?
6           A.    I invoke my Fifth Amendment.
7           Q.    Does Dabir International own any
8   domain names?
9                 Domain names?
10          A.    I invoke my Fifth Amendment.
11          Q.    Does Dabir International own any Web
12  sites?
13          A.    I invoke my Fifth Amendment.
14          Q.    Mr. Birnbaum, do you use any of your
15  personal e-mail accounts to conduct business on
16  behalf of Dabir?
17          A.    I invoke my Fifth Amendment.
18          Q.    Isn't true, sir, that you do use your
19  personal e-mail accounts in order to conduct
20  business on behalf of Dabir?
21          A.    I invoke my Fifth Amendment.
22          Q.    Does Dabir International possess any
23  documents that contain the term "Guggenheim"?
24          A.    I invoke my Fifth Amendment.
25          Q.    Does Dabir International possess any

                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

```
       13F3GUGD                    BIRNBAUM
1      documents containing the term "Dabir"?
2          A.    I invoke my Fifth Amendment.
3          Q.    Isn't it true that Dabir possesses
4      documents containing the term "Guggenheim"?
5          A.    I invoke my Fifth Amendment.
6          Q.    Isn't it true that Dabir International
7      possesses documents containing the term "Dabir"?
8          A.    I invoke my Fifth Amendment.
9          Q.    Does Dabir International possess any
10     documents containing the term "David B.
11     Guggenheim"?
12         A.    I invoke my Fifth Amendment.
13         Q.    Isn't it true that Dabir International
14     does possess documents containing the term
15     "David B. Guggenheim"?
16         A.    I invoke my Fifth Amendment.
17         Q.    Has Dabir ever offered any products
18     for sale using the term "David B. Guggenheim"?
19         A.    I invoke my Fifth Amendment.
20         Q.    Has Dabir offered any services for
21     sale using the name David B. Guggenheim?
22         A.    I invoke my Fifth Amendment.
23         Q.    Isn't it true that Dabir has in fact
24     used the name David B. Guggenheim in sales of
25     products?
```

```
13F3GUGD                    BIRNBAUM
1          A.    I invoke my Fifth Amendment.
2          Q.    Isn't it true that Dabir International
3     has used the name David B. Guggenheim in
4     offering services for sale?
5          A.    I invoke my Fifth Amendment.
6          Q.    Is Dabir International currently using
7     business cards that contain the term "David B.
8     Guggenheim"?
9          A.    I invoke my Fifth Amendment.
10         Q.    Is Dabir International currently using
11    letterhead that contains the term "David B.
12    Guggenheim"?
13         A.    I invoke my Fifth Amendment.
14         Q.    Isn't it true that Dabir International
15    is in fact currently using business cards
16    containing the term "David B. Guggenheim"?
17         A.    I invoke my Fifth Amendment.
18         Q.    Isn't it true that Dabir International
19    is currently using letterhead that contains the
20    term "David B. Guggenheim"?
21         A.    I invoke my Fifth Amendment.
22         Q.    Mr. Birnbaum, does Dabir International
23    Limited own an entity named Dabir Mines?
24         A.    I invoke my Fifth Amendment.
25         Q.    Isn't it true, sir, that Dabir
```

13F3GUGD                    BIRNBAUM
1    International Limited has represented to
2    consumers that it owns diamonds from the private
3    collection of the Guggenheims through Dabir
4    Mines?
5         A.    I invoke my Fifth Amendment.
6         Q.    Mr. Birnbaum, who is Joshua Simcox?
7         A.    I invoke my Fifth Amendment.
8         Q.    Isn't it true that Dabir International
9    is familiar with Mr. Josh Simcox?
10        A.    I invoke my Fifth Amendment.
11        Q.    Has Dabir International attempted to
12   enter into business transactions with Josh
13   Simcox?
14        A.    I invoke my Fifth Amendment.
15        Q.    Isn't it true that Dabir International
16   has attempted to enter into business
17   transactions with Mr. Simcox?
18        A.    I invoke my Fifth Amendment.
19        Q.    Has Dabir International represented
20   that it is connected to Guggenheim entities with
21   respect to Joshua Simcox?
22        A.    I invoke my Fifth Amendment.
23        Q.    Isn't it true, sir, that Dabir
24   International has represented to Mr. Simcox that
25   it is connected to Guggenheim entities?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

13F3GUGD                          BIRNBAUM
1           A.      I invoke my Fifth Amendment.
2           Q.      Mr. Birnbaum, is Dabir International
3      familiar with a company Proximity Petroleum?
4           A.      I invoke my Fifth Amendment.
5           Q.      Does Dabir International own Proximity
6      Petroleum?
7           A.      I invoke my Fifth Amendment.
8           Q.      Has Dabir International used the term
9      "Guggenheim" in its dealings with Proximity
10     Petroleum?
11          A.      I invoke my Fifth Amendment.
12          Q.      Isn't it true, sir, that Dabir
13     International has in fact used the term
14     "Guggenheim" in its dealings with Proximity
15     Petroleum?
16          A.      I invoke my Fifth Amendment.
17          Q.      Mr. Birnbaum, I'm now going to give
18     you what has been marked as Exhibit 14 to your
19     deposition.
20             (Exhibit 14 marked)
21          Q.      This document is titled "Irrevocable
22     Confirmed Purchase Order."  Have you seen this
23     document before, sir?
24          A.      I invoke my Fifth Amendment.
25          Q.      This document is addressed to Dabir
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

13F3GUGD                          BIRNBAUM

1    International Limited.  Do you see that portion
2    of the document?  It is on the first page.
3        A.     I invoke my Fifth Amendment.
4        Q.     The document also says:  Attention
5    Mr. David Guggenheim, chairman.  Do you see that
6    portion of the document?
7        A.     I invoke my Fifth Amendment.
8        Q.     So I'll ask you again, have you seen
9    this document before, Mr. Birnbaum?
10       A.     I invoke the Fifth Amendment.
11       Q.     Isn't it true, sir, that you have in
12   fact received this document sent to Dabir
13   International Limited attention Mr. David
14   Guggenheim?
15       A.     I invoke my Fifth Amendment.
16       Q.     Mr. Birnbaum, why did Dabir
17   International Limited use the term "David
18   Guggenheim" in connection with its dealings with
19   Proximity Petroleum?
20       A.     I invoke my Fifth Amendment.
21       Q.     Isn't it true, sir, that Dabir
22   International used the term "David Guggenheim"
23   in order to induce Proximity Petroleum into
24   wanting to do business with Dabir International?
25       A.     I invoke my Fifth Amendment.

13F3GUGD                    BIRNBAUM

1          Q.    Isn't it true that Dabir International
2     used the term "Guggenheim" with Proximity
3     Petroleum in order to deceive Proximity
4     Petroleum that Dabir International is connected
5     with my client, sir?
6          A.    I invoke my Fifth Amendment.
7          Q.    Has Dabir International received any
8     money from Proximity Petroleum, sir?
9          A.    I invoke my Fifth Amendment.
10         Q.    Has Dabir International sent any money
11    to Proximity Petroleum?
12         A.    I invoke my Fifth Amendment.
13               MR. MANEVITZ:  The tape is almost up.
14               MR. SHANAHAN:  Two minutes.
15               MS. WEEKS:  Okay.
16         Q.    Mr. Birnbaum, I'm now going to give
17    you what has been marked as Exhibit 15 to Dabir
18    International's deposition.
19               (Exhibit 15 marked)
20         Q.    This document is titled "Irrevocable
21    Confirmed Purchase Order" on letterhead reading
22    "Proximity Petroleum International Hong Kong
23    Limited" dated December 16, 2010.
24               Have you seen this document before,
25    sir?

84

```
     13F3GUGD                    BIRNBAUM
 1        A.     I invoke my Fifth Amendment.
 2        Q.     Mr. Birnbaum, this document is
 3   addressed to Dabir International Limited
 4   attention Mr. David Guggenheim, chairman.   Do
 5   you see that portion of the document, sir?
 6        A.     I invoke my Fifth Amendment.
 7        Q.     Did Dabir International receive this
 8   document?
 9        A.     I invoke my Fifth Amendment.
10        Q.     Did Dabir International request that
11   Proximity Petroleum prepare this document?
12        A.     I invoke my Fifth Amendment.
13        Q.     Why did Dabir International use the
14   term "David Guggenheim" in its dealings with
15   Proximity Petroleum, sir, as shown in this
16   document?
17        A.     I invoke my Fifth Amendment.
18        Q.     Isn't it true, sir, that Dabir
19   International has used the term "David
20   Guggenheim" in connection with its dealings with
21   Proximity Petroleum to mislead that company into
22   thinking that Dabir International has a
23   connection with my clients?
24        A.     I invoke my Fifth Amendment.
25               THE VIDEOGRAPHER:  This ends tape
               SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
```

13F3GUGD                    BIRNBAUM

1    number two, we're off the record at 1:09.
2                 (Discussion off the record)
3                 (Luncheon recess)
4                 THE VIDEOGRAPHER:  This begins tape
5    number three in the 30(b)(6) deposition of David
6    Birnbaum for Dabir International.  We're on the
7    record at 2:16.
8    BY MS. WEEKS:
9         Q.    Mr. Birnbaum, has Dabir International
10   entered into any agreement with any person that
11   was signed with the name David B. Guggenheim?
12        A.    I invoke my Fifth Amendment.
13        Q.    Have you signed any contracts,
14   Mr. Birnbaum, on behalf of Dabir International
15   using the name David Birnbaum?
16        A.    I want to invoke my Fifth Amendment.
17        Q.    Isn't it true, sir, that you have in
18   fact signed contracts on behalf of Dabir
19   International using the name David B.
20   Guggenheim?
21        A.    I invoke my Fifth Amendment.
22        Q.    Mr. Birnbaum, has anyone ever
23   communicated to Dabir the mistaken belief that
24   Dabir is connected to my clients Guggenheim
25   Capital and Guggenheim Partners?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

13F3GUGD                    BIRNBAUM
1           A.    I invoke my Fifth Amendment.
2           Q.    Isn't it true that persons have
3    communicated to Dabir a mistaken belief that
4    Dabir is associated with my clients?
5           A.    I invoke my Fifth Amendment.
6           Q.    Isn't it true, Mr. Birnbaum, that
7    persons have in fact been confused as to the
8    relationship between Dabir International and my
9    clients?
10          A.    I invoke my Fifth Amendment.
11          Q.    Isn't it true, Mr. Birnbaum, that
12   Dabir International has intended for consumers
13   to be confused concerning the relationship
14   between Dabir and my clients?
15          A.    I invoke my Fifth Amendment.
16          Q.    Mr. Birnbaum, does Dabir International
17   advertise?
18          A.    I invoke my Fifth Amendment.
19          Q.    Where does Dabir International
20   advertise?
21          A.    I invoke my Fifth Amendment.
22          Q.    Does Dabir International use the term
23   "Guggenheim" in its advertising?
24          A.    I invoke my Fifth Amendment.
25          Q.    Isn't it true that Dabir International

87

13F3GUGD                         BIRNBAUM
1     uses the term "Guggenheim" in advertising?
2          A.    I invoke my Fifth Amendment.
3          Q.    Isn't it true that Dabir International
4     uses the term "Guggenheim" to advertise
5     financial services?
6          A.    I invoke my Fifth Amendment.
7          Q.    Who has Dabir International sold
8     products to?
9          A.    I invoke my Fifth Amendment.
10         Q.    Who has Dabir International sold
11    services to?
12         A.    I invoke my Fifth Amendment.
13         Q.    What types of consumer does Dabir
14    International attempt to sell products or
15    services to?
16         A.    I invoke my Fifth Amendment.
17         Q.    Isn't it true, sir, that Dabir
18    international intends to sell services to
19    persons interested in financial services?
20         A.    I invoke my Fifth Amendment.
21         Q.    Has Dabir International ever employed
22    defendant Catarina Pietra Toumei?
23         A.    I invoke my Fifth Amendment.
24         Q.    Has Dabir International ever paid
25    money to defendant Catarina Pietra Toumei?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

13F3GUGD                    BIRNBAUM
1          A.    I invoke my Fifth Amendment.
2          Q.    Isn't it true, sir, that Dabir
3     International has in fact paid money to Catarina
4     Pietra Toumei?
5          A.    I invoke my Fifth Amendment.
6          Q.    Has Dabir International ever employed
7     Vladimir Zuravel?
8          A.    I invoke my Fifth Amendment.
9          Q.    Has Dabir International ever paid
10    money to Vladimir Zuravel?
11         A.    I invoke my Fifth Amendment.
12         Q.    Isn't it true that Dabir International
13    has in fact paid moneys to Vladimir Zuravel?
14         A.    I invoke my Fifth Amendment.
15         Q.    Has Dabir International ever employed
16    Eli Pichel?
17         A.    I invoke my Fifth Amendment.
18         Q.    Has Dabir International ever paid Eli
19    Pichel any money?
20         A.    I invoke my Fifth Amendment.
21         Q.    Isn't it true, sir, that Dabir
22    International has in fact paid Eli Pichel money?
23         A.    I invoke my Fifth Amendment.
24         Q.    Is Miriam Birnbaum employed by Dabir
25    International?

```
        13F3GUGD                    BIRNBAUM
 1            A.      I invoke my Fifth Amendment.
 2            Q.      Has she ever been?
 3            A.      I invoke my Fifth Amendment.
 4            Q.      Has Miriam Birnbaum ever been paid
 5    money from Dabir International?
 6            A.      I invoke my Fifth Amendment.
 7            Q.      Isn't it true, sir, that Miriam
 8    Birnbaum has in fact been paid money by Dabir
 9    International?
10            A.      I invoke my Fifth Amendment.
11            Q.      Does Dabir International have any
12    marketing plans?
13            A.      I invoke my Fifth Amendment.
14            Q.      Does it have any business plans?
15            A.      I invoke my Fifth Amendment.
16            Q.      Does Dabir International keep notes of
17    corporate meetings?
18            A.      I invoke my Fifth Amendment.
19            Q.      Does Dabir International keep records
20    of outgoing correspondence?
21            A.      I invoke my Fifth Amendment.
22            Q.      Does Dabir International keep records
23    of incoming correspondence?
24            A.      I invoke my Fifth Amendment.
25            Q.      Does Dabir International keep records
```

13F3GUGD                         BIRNBAUM

1     of its bank accounts?
2            A.      I invoke my Fifth Amendment.
3            Q.      Does Dabir International keep records
4     of its costs related to offering goods or
5     services?
6            A.      I invoke my Fifth Amendment.
7            Q.      Does Dabir International keep records
8     concerning its income related to offering
9     products or services?
10           A.      I invoke my Fifth Amendment.
11           Q.      How does Dabir sell its products?
12           A.      I invoke my Fifth Amendment.
13           Q.      How does Dabir sell its services?
14           A.      I invoke my Fifth Amendment.
15           Q.      Does Dabir use brokers or
16    intermediaries?
17           A.      I invoke my Fifth Amendment.
18           Q.      Can you tell me the names of brokers
19    or intermediaries that Dabir has used?
20           A.      I invoke my Fifth Amendment.
21           Q.      Has Dabir ever sent e-mails to
22    potential customers?
23           A.      I invoke my Fifth Amendment.
24           Q.      Has Dabir ever sent documents through
25    the mails to potential customers?

                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

```
          13F3GUGD                    BIRNBAUM
 1              A.      I invoke my Fifth Amendment.
 2              Q.      Has Dabir ever entered into any joint
 3     venture agreement?
 4              A.      I invoke my Fifth Amendment.
 5              Q.      Has Dabir ever entered into any
 6     distribution agreement?
 7              A.      I invoke my Fifth Amendment.
 8              Q.      Has Dabir ever entered into any
 9     license agreement?
10              A.      I invoke my Fifth Amendment.
11              Q.      Mr. Birnbaum, I'm now going to give
12     you what has been marked Exhibit 16 to the
13     deposition of Dabir International.
14                      (Exhibit 16 marked)
15              Q.      The first page of this document states
16     that it is a presentation to Dabir International
17     and Petro Lux Incorporated.
18                      Do you recognize this document, sir?
19              A.      I invoke my Fifth Amendment.
20              Q.      The front page of this document also
21     states that this presentation is written and
22     developed by CNF Commodities Group by Joel F.
23     Costonis, principal, on January 16, 2011.
24                      Do you see that portion of the
25     document, sir?
```

13F3GUGD                    BIRNBAUM

1           A.      I invoke my Fifth Amendment.
2           Q.      Has Dabir International entered into
3     any relationship with CNF Commodities Group?
4           A.      I invoke my Fifth Amendment.
5           Q.      Has Dabir International entered into
6     any business relationship with Joel Costonis?
7           A.      I invoke my Fifth Amendment.
8           Q.      The second page of this document,
9     Mr. Birnbaum, explains a joint venture between
10    Petro Lux and Dabir International for the
11    purchase and resale of petroleum.
12              Do you see that portion of the
13    document, sir?  Second page of this exhibit?  Do
14    you see that portion, sir?
15          A.      I invoke my Fifth Amendment.
16          Q.      Can you explain to me the joint
17    venture between Petro Lux and Dabir
18    International Limited?
19          A.      I invoke my Fifth Amendment.
20          Q.      Mr. Birnbaum, on page two that we're
21    looking at, the first whereas clause about
22    halfway down the page, states that:  Whereas
23    both parties are engaged in the petroleum trade
24    industry.
25              Is Dabir International engaged in the
                    SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

```
     13F3GUGD                    BIRNBAUM
 1   petroleum trade industry?
 2        A.    I invoke my Fifth Amendment.
 3        Q.    Isn't it true, sir, that Dabir
 4   International attempts to enter into investments
 5   relating to petroleum and oil?
 6        A.    I invoke my Fifth Amendment.
 7        Q.    On page four of this document, sir,
 8   near Article III, which is titled "Financial,"
 9   there are sections indicating how the parties
10   will make payment under this joint venture.
11   Section 3.03 and 3.04 mention Dabir.  It appears
12   that Dabir is referenced as the purchaser in
13   this agreement.
14            Do you see this part of the agreement,
15   sir?  Page four.  Under the heading "Financial."
16            Can you explain to me the payment
17   terms contemplated by that portion of the
18   document, sir?
19        A.    I omit the Fifth Amendment.
20        Q.    Has Dabir International made any
21   payments to PLI pursuant to this agreement, sir?
22        A.    I invoke my Fifth Amendment.
23        Q.    In Section 3.04 of that same document,
24   the last sentence states that:  Profits from the
25   deal will be shared at a rate to be agreed.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300
```

94

13F3GUGD                      BIRNBAUM

1              Has Dabir International received any
2    profits from this agreement, sir?
3         A.    I invoke my Fifth Amendment.
4         Q.    Can you tell me what profits Dabir
5    International has received under this agreement?
6         A.    I invoke my Fifth Amendment.
7         Q.    On page five of this document, sir,
8    under Article VIII, under the title "Projected
9    Sales and Methods of Distribution," Section 8.01
10   states that all parties involved have more than
11   enough exit buyers and multitudes of delivery
12   avenues.
13             Do you see that portion of the
14   document, sir?  It is page five under the heading
15   "Projected Sales and Methods of Distribution."
16             Are you indicating that you do see
17   that portion, sir?
18        A.    I omit the Fifth Amendment.
19        Q.    Mr. Birnbaum, can you tell me who
20   Dabir International's exit buyers are with
21   respect to this transaction?
22        A.    I invoke my Fifth Amendment.
23        Q.    Mr. Birnbaum, the very last page of
24   this document is page seven, it is the signature
25   page.  The first areas for signature is

                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

13F3GUGD                    BIRNBAUM

```
 1    designated for Petro Lux Incorporated, and the
 2    second section for signatures states:  As
 3    recorded with my signature below on behalf of
 4    Dabir International Limited, I, Mr. David
 5    Guggenheim, signify our agreement, etc.
 6             Do you see that portion of the
 7    document?
 8         A.    Ah, okay.  I omit the Fifth Amendment.
 9    I invoke the Fifth Amendment.
10         Q.    Has Dabir International Limited
11    indicated its acceptance of this joint venture
12    agreement to PLI, sir?
13         A.    I -- I invoke my Fifth Amendment.
14         Q.    Is Dabir International Limited using
15    the name Mr. David Guggenheim to signify its
16    acceptance to the terms in this agreement?
17         A.    I invoke my Fifth Amendment.
18         Q.    Isn't it true, sir, with respect to
19    this joint venture agreement with Dabir
20    International and CNF Commodities, Dabir
21    International has used the name Mr. David
22    Guggenheim?
23         A.    I invoke my Fifth Amendment.
24         Q.    This document is dated Sunday,
25    January 16, 2001, on the last page.  Do you see
```

13F3GUGD                    BIRNBAUM
1    that portion, sir?
2         A.    I invoke my Fifth Amendment.
3         Q.    Isn't it true that Dabir International
4    engaged in discussions with CNF Commodities
5    Group for this joint venture on or about
6    January 2011?
7              Sir, isn't it true this lawsuit was
8    filed in November 2010?
9         A.    I invoke my Fifth Amendment.
10         Q.    Mr. Birnbaum, was this document that's
11    marked as Exhibit 16 prepared with Dabir
12    International's authorization?
13         A.    I invoke my Fifth Amendment.
14         Q.    Isn't true that Dabir International
15    solicited this joint venture agreement in the
16    name of Mr. David Guggenheim as the signatory
17    for Dabir International?
18         A.    I invoke my Fifth Amendment.
19         Q.    Mr. Birnbaum, is Dabir International
20    aware that a preliminary injunction was entered
21    in this case in November 2010?
22         A.    I invoke my Fifth Amendment.
23         Q.    Is Dabir International aware that the
24    preliminary injunction entered in this case
25    prohibits you, Mr. David Birnbaum, from using
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

13F3GUGD                    BIRNBAUM

1   "Guggenheim" in any form?
2         A.    I invoke my Fifth Amendment.
3         Q.    Isn't it true, sir, that Dabir
4   International acknowledges that the date of the
5   joint venture agreement marked as Exhibit 16 was
6   January 2011?
7         A.    I invoke my Fifth Amendment.
8               THE WITNESS:  I have to -- can I talk
9   for a moment because I would like to ask
10  something.
11              MR. MANEVITZ:  Can we go off the
12  record for a minute.
13              MS. WEEKS:  Sure.
14              THE VIDEOGRAPHER:  We're off the
15  record at 2:33.
16              (Discussion off the record)
17              THE VIDEOGRAPHER:  Back on the record
18  at 2:36.
19  BY MS. WEEKS:
20        Q.    Mr. Birnbaum, I'm going to give you an
21  exhibit that has been marked Exhibit 17 to
22  Dabir's deposition.
23              (Exhibit 17 marked)
24        Q.    This document on the front page is
25  titled "Presentation to Dabir International and
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

13F3GUGD                    BIRNBAUM

1    Proximity Petroleum International HK Limited of
2    a Joint Venture Agreement, written and developed
3    by CNF Commodities Group, Joel F. Costonis,
4    principal, dated February 11, 2011."
5              Do you see that portion of the
6    document, sir?
7         A.    I invoke my Fifth Amendment.
8         Q.    Wasn't this document prepared for the
9    review of Dabir International?
10        A.    I invoke my Fifth Amendment.
11        Q.    Didn't Dabir International solicit the
12   preparation of this document, sir?
13        A.    I invoke my Fifth Amendment.
14        Q.    On page two of this document, the top
15   reads Joint Venture Agreement.  And the first
16   paragraph explains that the joint venture is
17   being engaged in by CNF Commodities Group, Dabir
18   International with an office at Ocean Parkway,
19   Brooklyn, New York, and Proximity Petroleum
20   International HK with an office in Zurich,
21   Switzerland.
22             Do you see that portion the document,
23   sir?
24        A.    I invoke my Fifth Amendment.
25        Q.    Who is Proximity Petroleum HK Limited?
                 SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

99

13F3GUGD                    BIRNBAUM

1        A.    I invoke my Fifth Amendment.
2        Q.    Is Proximity Petroleum International
3   HK Limited an affiliate of Dabir international?
4        A.    I invoke my Fifth Amendment.
5        Q.    Mr. Birnbaum, are you an officer of
6   Proximity Petroleum International HK Limited?
7        A.    I invoke my Fifth Amendment.
8        Q.    Do you work for that entity?
9        A.    I invoke my Fifth Amendment.
10        Q.    Are you engaged by that entity as an
11   independent consultant in any manner?
12        A.    I invoke my Fifth Amendment.
13        Q.    Also on page two of this exhibit, sir,
14   second paragraph reads that this is a
15   non-exclusive joint venture being established to
16   establish the procurement of petroleum products
17   for resale.
18             Did Dabir International Limited enter
19   into this agreement to facilitate the procurement
20   of petroleum products for resale?
21        A.    I invoke my Fifth Amendment.
22        Q.    Sir, on page four of this document,
23   the last page of this document, and in the bold
24   print where there are signature portions, the
25   first -- the content before the first signature

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

100

13F3GUGD                    BIRNBAUM

1    line reads this contract is signed by CNF
2    Commodities Group on February 11, 2011.
3    Underneath that portion it reads this contract
4    is signed by Dabir International.
5           Do you see that portion, sir?
6      A.    I invoke my Fifth Amendment.
7      Q.    Underneath the text that reads this
8    contract is signed by Dabir International, there
9    is a signature line.  Underneath the line it
10   states Mr. David Guggenheim, managing director,
11   Proximity Petroleum International HK Limited.
12          Do you see that section, sir?
13     A.    I invoke my Fifth Amendment.
14     Q.    Did you intend to sign this document,
15   sir, on behalf of Dabir International?
16     A.    I invoke my Fifth Amendment.
17     Q.    Did you, using the name Mr. David
18   Guggenheim, intend to sign this document on
19   behalf of Proximity Petroleum International?
20     A.    I invoke my Fifth Amendment.
21     Q.    Isn't it true, sir, that Dabir
22   International used the name "Mr. David
23   Guggenheim" in connection with this document in
24   order to induce the other party to enter into a
25   transaction?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

```
     13F3GUGD                    BIRNBAUM
 1          A.      I invoke my Fifth Amendment.
 2          Q.      Can you explain why Dabir
 3   International Limited used the name Mr. David
 4   Guggenheim with respect to this transaction?
 5          A.      I invoke my Fifth Amendment.
 6          Q.      Mr. Birnbaum, did Dabir International
 7   Limited pay any money in connection with this
 8   agreement that's been marked as Exhibit 17?
 9          A.      I invoke my Fifth Amendment.
10          Q.      Did Dabir International receive any
11   money in connection with the agreement that's
12   been marked Exhibit 17?
13          A.      I invoke my Fifth Amendment.
14          Q.      Mr. Birnbaum, I'm now going to give
15   you what has been marked as Exhibit 18 to the
16   deposition of Dabir International.
17             (Exhibit 18 marked)
18          Q.      This document is dated February 22,
19   2011.  Do you recognize this document, sir?
20          A.      I invoke my Fifth Amendment.
21          Q.      This document is titled "Irrevocable
22   Corporate Purchase Order."  On the first page it
23   explains that Mr. Joel Costonis is acting on
24   behalf of the joint venture established between
25   Proximity Petroleum International Hong Kong
```

```
     13F3GUGD                    BIRNBAUM
 1        Limited and Dabir International.
 2             Do you see that portion of the
 3   document, sir?
 4        A.    I invoke my Fifth Amendment.
 5        Q.    Mr. Birnbaum, was the joint venture in
 6   fact established between Proximity Petroleum
 7   International Hong Kong Limited and Dabir
 8   International?
 9        A.    I invoke my Fifth Amendment.
10        Q.    Isn't it true that Dabir International
11   authorized the preparation of this document for
12   that joint venture?
13        A.    I invoke my Fifth Amendment.
14        Q.    Mr. Birnbaum, this document at the top
15   represents that the joint venture presents this
16   purchase order to confirm readiness to purchase
17   the following commodity of the Russian
18   Federation.  And underneath that sentence there
19   is a description of -- I believe it's gas oil.
20             Do you see that portion of the
21   document?
22        A.    I invoke the Fifth Amendment.
23        Q.    Did Dabir International in fact
24   purchase oil from the Russian Federation?
25        A.    I invoke my Fifth Amendment.
```

13F3GUGD                    BIRNBAUM

1       Q.    Isn't it true that Dabir International
2   has used the term "Guggenheim" in connection
3   with this contemplated purchase of oil from the
4   Russian Federation?
5       A.    I invoke my Fifth Amendment.
6       Q.    Mr. Birnbaum, I'm now going to hand
7   you what's been marked as Exhibit 19 to the
8   deposition of Dabir International.
9             (Exhibit 19 marked)
10      Q.    This is a one-page document dated
11  January 16, 2010, at the bottom of the document.
12  Do you recognize this document, sir?
13      A.    I invoke my Fifth Amendment.
14      Q.    This document appears untitled, but
15  first sentence states:  Note:  Agreement covers
16  any transactions entered into by the undersigned
17  for a period of 10 years from the date of this
18  agreement referred to as PLIDabirJV.
19            Do you see that portion of the
20  document, sir?  The very top first sentence.
21      A.    What is the question?
22      Q.    Do you see that portion of the
23  document that I just read?
24      A.    I omit my Fifth Amendment.
25      Q.    Sir, can you explain to me what

                SOUTHERN DISTRICT REPORTERS, P.C.
                       (212) 805-0300

104

13F3GUGD                          BIRNBAUM

1      PLIDabirJV stands for?
2            A.    I omit the Fifth.
3            Q.    Doesn't that phrase stand for a joint
4      venture that was established between PLI and
5      Dabir International Limited?
6            A.    I omit the Fifth.
7                  MR. MANEVITZ:  I'm sorry.  I don't
8      hear what you are saying.
9                  THE WITNESS:  The same.  I omit my
10     Fifth Amendment.
11                 MR. MANEVITZ:  You omit your Fifth
12     Amendment.
13           Q.    Mr. Birnbaum, at the bottom of this
14     document, there are spaces for signatures.
15     There are two spaces.  One of the spaces reads
16     Mr. David Guggenheim personally and on behalf of
17     Dabir International Limited.
18                 Do you see that section of the
19     document, sir?
20           A.    I invoke my Fifth Amendment.
21           Q.    The other signature portion appears to
22     be signed by Mr. Joel Costonis on behalf of CNF
23     Commodities Group.  Do you see that portion of
24     the document?
25           A.    I invoke my Fifth Amendment.
                   SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

13F3GUGD                    BIRNBAUM

1          Q.    Has Dabir International Limited used
2     the term "David Guggenheim" in dealings with
3     Mr. Joel Costonis of CNF Commodities Group?
4          A.    I invoke my Fifth Amendment.
5          Q.    Isn't it true that Dabir International
6     has used the term "David Guggenheim" in
7     connection with representations made to Mr. Joel
8     Costonis of the CNF Commodities Group?
9          A.    I invoke my Fifth Amendment.
10         Q.    Mr. Birnbaum, why didn't Dabir
11    International Limited use the name David
12    Birnbaum with respect to the signature section
13    of this document?
14         A.    I invoke my Fifth Amendment.
15         Q.    Isn't it true, sir, that Dabir
16    International Limited did not use the name David
17    Birnbaum because it wanted to trade on the good
18    will of the term "Guggenheim" that is associated
19    with my clients?
20         A.    I invoke my Fifth Amendment.
21         Q.    Mr. Birnbaum, who is Joel Costonis?
22         A.    I invoke my Fifth Amendment.
23         Q.    Isn't it true that Dabir International
24    has been engaged in discussions with Mr. Joel
25    Costonis concerning proposed transactions

                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

106

13F3GUGD                          BIRNBAUM
1    involving oil?
2         A.    I invoke my Fifth Amendment.
3         Q.    Isn't it true that you have identified
4    yourself as David Guggenheim in your
5    interactions with Joel Costonis from the CNF
6    Commodities Group?
7         A.    I invoke my Fifth Amendment.
8         Q.    Mr. Birnbaum, has Dabir International
9    used the term "David Guggenheim" in its dealings
10   with Joel Costonis and the CNF Commodities
11   Group?
12        A.    I invoke my Fifth Amendment.
13        Q.    Has Dabir International represented
14   that its principal is David Guggenheim to Joel
15   Costonis and the CNF Commodities Group?
16        A.    I invoke my Fifth Amendment.
17        Q.    Isn't it true, sir, that Dabir
18   International has never identified its principal
19   to Mr. Joel Costonis and the CNF Commodities
20   Group as Mr. David Birnbaum?
21        A.    I invoke my Fifth Amendment.
22        Q.    Mr. Birnbaum, I'm now going to hand
23   you what has been marked as Exhibit 20 to Dabir
24   International's deposition.
25             (Exhibit 20 marked)
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

```
   13F3GUGD                    BIRNBAUM
 1          Q.    Mr. Birnbaum, this document appears to
 2   be a contract of some sort that's several pages
 3   long.  Have you ever seen it before?
 4          A.    I omit the Fifth.
 5          Q.    Is Dabir International familiar with
 6   this document?
 7          A.    I omit the Fifth.
 8          Q.    Mr. Birnbaum, do you see the portion
 9   of the document on page one that refers to Dabir
10   International on the right-hand side of the
11   page?
12          A.    I invoke the Fifth Amendment.
13          Q.    Dabir International is referred to in
14   this document as a buyer.  Can you tell me what
15   Dabir International bought through this
16   agreement?
17          A.    I invoke my Fifth Amendment.
18          Q.    About midway down the first page of
19   this document, the document represents that
20   buyer has purchased diesel gas oil.
21          Sorry, Mr. Birnbaum.  This document on
22   the first page represents that Dabir
23   International as buyer has purchased diesel gas
24   oil.
25          Do you see that portion of the
                 SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
```

108

13F3GUGD                         BIRNBAUM
1    document?
2         A.      I invoke my Fifth Amendment.
3         Q.      Mr. Birnbaum, are you asserting the
4    Fifth Amendment on behalf of yourself personally
5    as Mr. David Birnbaum or on behalf of Dabir
6    International?
7         A.      I invoke my Fifth Amendment.
8         Q.      Mr. Birnbaum, has Dabir International
9    purchased diesel gas oil as stated in this
10   agreement?
11        A.      I invoke my Fifth Amendment.
12        Q.      Mr. Birnbaum, are you asserting the
13   Fifth Amendment on behalf of yourself personally
14   or on behalf of Dabir International Limited?
15        A.      I invoke my Fifth Amendment.
16        Q.      Mr. Birnbaum, throughout the
17   deposition today of Dabir International, you've
18   made many objections based on an asserted Fifth
19   Amendment privilege.  Can you tell me if any of
20   those objections have been made on behalf of
21   Dabir International?
22        A.      I invoke my Fifth Amendment.
23        Q.      Have you made any of those objections
24   on behalf of yourself personally as Mr. David
25   Birnbaum?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

13F3GUGD      BIRNBAUM

```
 1          A.    I invoke my Fifth Amendment.
 2        . Q.    Mr. Birnbaum, what has Dabir
 3   International's involvement been with this
 4   contract that has been marked as Exhibit 20?
 5          A.    I invoke my Fifth Amendment.
 6          Q.    Mr. Birnbaum, page three of this
 7   document that's been marked as Exhibit 20 in
 8   Section 2.4 states that the first delivery of
 9   the goods is January 2011.  Do you see this
10   portion of the document?
11          A.    I invoke the Fifth Amendment.
12          Q.    Did Dabir International receive any
13   goods in January 2011?
14          A.    I invoke my Fifth Amendment.
15          Q.    Did Dabir International receive any
16   diesel gas oil in January 2011?
17          A.    I invoke my Fifth Amendment.
18          Q.    Mr. Birnbaum, directing you to page 13
19   of this document, the pages are not numbered but
20   feel free to take time to count to 13.  The top
21   of that page reads like the rest of the pages of
22   this document NEFT oil and gas at the top and it
23   lists an address in Moscow, Russian Federation
24   for that entity.  And the specific page I'm
25   looking at that I'd like you to review
```

13F3GUGD                          BIRNBAUM

1    underneath that company designation it states
2    refinery name.
3              MR. MANEVITZ:  Sorry, we are on the
4    wrong page.
5         Q.    Do you see the page I'm pointing to?
6              MR. MANEVITZ:  Let me see.
7              MS. WEEKS:  I believe that's it, yes.
8              MR. MANEVITZ:  That looks like the
9    one.
10        Q.    Do you see on the right-hand corner of
11   this page, sir, it reads banking coordinates?
12        A.    I invoke my Fifth Amendment.
13        Q.    Underneath banking coordinates in
14   Section 15.1 it states buyer's bank.  Do you see
15   that portion, sir?
16        A.    I invoke my Fifth Amendment.
17        Q.    Underneath that section, it reads bank
18   name Guggenheim and/or UBS Zurich.  Do you see
19   that portion, sir?
20        A.    I invoke my Fifth Amendment.
21        Q.    Underneath bank name it states account
22   name, Dabir International.  Do you see that
23   portion, sir?
24        A.    I invoke my Fifth Amendment.
25        Q.    Does this document indicate that Dabir
                 SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

```
       13F3GUGD                    BIRNBAUM
 1     International's bank name is Guggenheim?
 2          A.     I invoke my Fifth Amendment.
 3          Q.     Does this document indicate that Dabir
 4     International's bank is UBS Zurich?
 5          A.     I invoke my Fifth Amendment.
 6          Q.     Why did Dabir International indicate
 7     that its bank name for this document is
 8     Guggenheim?
 9          A.     I invoke my Fifth Amendment.
10          Q.     Directing your attention to the next
11     page, Mr. Birnbaum, which I believe is page 14.
12          MR. MANEVITZ:  16.
13          MS. WEEKS:  Thank you, 16.
14          MR. MANEVITZ:  No, you might be right,
15     14.  Sorry.
16          MS. WEEKS:  No problem.
17          Q.     Do you see the portion of the document
18     at the top where it says buyer Dabir
19     International, sir?
20          A.     I invoke my Fifth Amendment.
21          Q.     Underneath that statement the document
22     indicates that Dabir International is
23     represented by David Dabir.  Do you see that
24     portion, sir?
25          A.     I invoke my Fifth Amendment.
                        SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```

112

13F3GUGD                    BIRNBAUM

1           Q.     Who is David Dabir?
2           A.     I invoke my Fifth Amendment.
3           Q.     This document indicates that David
4     Dabir has the title of president.   Do you see
5     that portion of the document?
6           A.     I invoke my Fifth Amendment.
7           Q.     Is David Dabir president of Dabir
8     International?
9           A.     I invoke my Fifth Amendment.
10          Q.     Why did Dabir International use the
11    name David Dabir?
12          A.     I invoke my Fifth Amendment.
13          Q.     Why didn't Dabir International use the
14    name David Guggenheim?
15          A.     I invoke my Fifth Amendment.
16          Q.     Why didn't Dabir International use the
17    name David Birnbaum?
18          A.     I invoke my Fifth Amendment.
19          Q.     Mr. Birnbaum, who is NEFT Oil and Gas?
20    Is Dabir International familiar with the company
21    whose name is displayed at the top of this
22    exhibit?
23          A.     I invoke my Fifth Amendment.
24          Q.     Mr. Birnbaum, are you invoking a Fifth
25    Amendment on behalf of Dabir International or on
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

13F3GUGD                    BIRNBAUM
1     behalf of yourself personally?
2          A.    I invoke the Fifth Amendment.
3          Q.    Mr. Birnbaum, has Dabir International
4     filed any trademark applications with the U.S.
5     patent and trademark office?
6          A.    I invoke my Fifth Amendment.
7          Q.    Mr. Birnbaum, when you invoke your
8     Fifth Amendment without specifying for whom you
9     are invoking it, I am going to assume that you
10    are invoking it for Dabir International.  Is
11    that correct?
12         A.    I invoke my Fifth Amendment.
13         Q.    So I am going to go ahead and assume
14    that all of your objections based on the Fifth
15    Amendment --
16              MR. MANEVITZ:  Your assumption as to
17    that doesn't really speak to the legal validity
18    of that assumption.
19              MS. WEEKS:  If Mr. Birnbaum would like
20    to correct me, he's welcome to do so.
21         Q.    Mr. Birnbaum, can you answer my
22    question, please?
23              MR. MANEVITZ:  You can make your
24    assumptions as you wish.  I think any Court will
25    see right through that.

13F3GUGD                         BIRNBAUM

1      MS. WEEKS:  There is obviously no
2   Fifth Amendment implications for Mr. Birnbaum
3   simply identifying for whom he is asserting
4   privilege.  Do you know of any crime that could
5   be implicated?
6      Q.    Mr. Birnbaum, could you answer my
7   question.  My question to you is when you assert
8   the Fifth Amendment right against
9   self-incrimination, I am going to assume that
10  you are asserting it on behalf of Dabir
11  International, the company who is being deposed
12  here today, and for whom you have been
13  designated the corporate representative, unless
14  you indicate otherwise.
15      Would you like to correct me on that?
16      A.    I invoke my Fifth Amendment.
17      MR. MANEVITZ:  I would like to correct
18  you on that, however.  That's just an invalid
19  assumption.  I understand you're putting it on
20  the record.  I understand what you are going to
21  do here.
22      MS. WEEKS:  Mr. Manevitz, are you
23  testifying on behalf of Dabir International
24  Limited?
25      MR. MANEVITZ:  I certainly am not.

13F3GUGD                    BIRNBAUM

1              MS. WEEKS:  I respectfully disagree
2     with your opinion and we are going to keep
3     moving on.
4              MR. MANEVITZ:  You're welcome to
5     disagree with my opinion.
6         Q.   Mr. Birnbaum, isn't it true that Dabir
7     International Limited has in fact applied to
8     register a trademark with the U.S. patent and
9     trademark office?
10        A.   I invoke my Fifth Amendment.
11        Q.   Mr. Birnbaum, I'm now handing you a
12    document that has been marked as Exhibit 21 to
13    the deposition of Dabir International.
14             (Exhibit 21 marked)
15        Q.   This document shows an application
16    made to the U.S. patent and trademark office for
17    the mark Guggenheim with the serial number
18    85186314.  Do you recognize the pages that are
19    making up this document?
20        A.   I invoke my Fifth Amendment.
21        Q.   Did Dabir International file the
22    application that's reflected in this exhibit,
23    sir?
24        A.   I invoke my Fifth Amendment.
25        Q.   On the second page of this exhibit,
                 SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

13F3GUGD                         BIRNBAUM

1    there is a field that states owner (applicant).
2    Do you see that portion of the document, sir?
3         A.     I invoke my Fifth Amendment.
4         Q.     Mr. Birnbaum, are you invoking your
5    Fifth Amendment on behalf of Dabir International
6    or yourself personally as Mr. David Birnbaum?
7         A.     I invoke my Fifth Amendment.
8         Q.     Mr. Birnbaum, next to the field marked
9    owner, this trademark application reads Dabir
10   International Limited, otherwise known as Dabir
11   Limited Liability Company, Delaware, with an
12   address of 525 Ocean Parkway, Brooklyn, New York
13   11218.
14             Do you see that portion of this
15   document, sir?
16        A.     I invoke my Fifth Amendment.
17        Q.     Is Dabir International Limited
18   otherwise known as Dabir, D-a-b-i-r?
19        A.     I invoke my Fifth Amendment.
20        Q.     Is Dabir International Limited a
21   limited liability company in Delaware, sir?
22        A.     I invoke my Fifth Amendment.
23        Q.     Isn't it true that Dabir International
24   Limited is not in fact registered with the State
25   of Delaware?

13F3GOGD                    BIRNBAUM
1            A.      I invoke my Fifth Amendment.
2            Q.      Isn't it true that representing Dabir
3       International Limited as a company based in
4       Delaware, isn't it true that is a false
5       statement made in this application, sir?
6            A.      I invoke my Fifth Amendment.
7            Q.      Turning to page three of this same
8       exhibit, this document shows more of the
9       application made to the U.S. patent and
10      trademark office.  Do you see the section that
11      reads applicant information, sir?
12           A.      I invoke my Fifth Amendment.
13           Q.      Do you see the field that reads owner
14      of mark and lists Dabir International Limited,
15      sir?
16           A.      I invoke my Fifth Amendment.
17           Q.      Do you see the address information
18      listed for Dabir International Limited as the
19      applicant and owner of the applied for mark to
20      be 525 Ocean Parkway, Brooklyn, New York 11218?
21           A.      I invoke my Fifth Amendment.
22           Q.      Isn't that the address for Dabir
23      International Limited, sir?
24           A.      I invoke my Fifth Amendment.
25           Q.      Turning to the next page of this
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

13F3GUGD                         BIRNBAUM

```
 1     exhibit.  There is a heading that states:  Goods
 2     and/or services and basis information.
 3     Underneath it there are various services listed
 4     that this mark has been applied for.  Do you see
 5     that section, sir?  Begins with the words:
 6     Agencies for brokerage of securities trading in
 7     overseas markets -- excuse me -- overseas
 8     securities markets and of transactions on
 9     commission of overseas markets, etc.
10               Do you see that portion of the
11     document?
12          A.    I invoke my Fifth Amendment.
13          Q.    Is it fair to say, sir, that the
14     description of services under the applied for
15     mark are financial and investment services?
16          A.    I invoke my Fifth Amendment.
17          Q.    Isn't it true that the applied for
18     mark lists investment and financial services?
19          A.    I invoke my Fifth Amendment.
20          Q.    Directing your attention to the next
21     page of this document.  Do you see the field
22     that states first use anywhere date?  It is in
23     the middle portion of the page under the heading
24     filing basis.
25               Do you see the portion where it reads
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

```
13F3GUGD                          BIRNBAUM
```

1  first use anywhere date?
2        A.    I invoke my Fifth Amendment.
3        Q.    Mr. Birnbaum, do you see the statement
4  submitted by the applicant for this mark that
5  reads the first use anywhere date is at least as
6  early as January 1st, 1970?
7        A.    I invoke my Fifth Amendment.
8        Q.    Has Dabir International been using the
9  term "Guggenheim" since at least as early as
10  January 1st, 1970?
11        A.    I invoke my Fifth Amendment.
12        Q.    Isn't it true, sir, that Dabir
13  International Limited has not been using the
14  term "Guggenheim" since at least as early as
15  January 1st, 1970?
16        A.    I invoke my Fifth Amendment.
17        Q.    Mr. Birnbaum, on the same page of this
18  exhibit, there is a field entitled specimen
19  description.  Do you see that portion?  Do you
20  see the portion of the --
21        A.    I invoke the Fifth Amendment.
22        Q.    Again, Mr. Birnbaum, are you invoking
23  the Fifth Amendment on behalf of Dabir the
24  deponent today or on behalf of yourself
25  personally?

13F3GUGD                    BIRNBAUM

1        A.     I invoke the Fifth Amendment.
2        Q.     Mr. Birnbaum, the statement submitted
3    by applicant concerning the specimen description
4    reads:  Please see attached a photo of the
5    actual bottle that is involved currently in
6    commerce that has the Guggenheim name on it for
7    our trademark application Guggenheim.  This is
8    an example of one of the many commerces that we
9    have been involved in for over a decade using
10   the Guggenheim name.
11              Do you see that portion of the
12   application, sir?
13       A.     I invoke my Fifth Amendment.
14       Q.     Did you write that description of the
15   specimen submitted with this application?
16       A.     I invoke my Fifth Amendment.
17       Q.     Did you direct anyone else to write
18   that description of the specimen submitted with
19   this application?
20       A.     I invoke my Fifth Amendment.
21       Q.     Is Dabir International Limited
22   currently using the term "Guggenheim" for the
23   distribution of vodka?
24       A.     I invoke my Fifth Amendment.
25       Q.     Isn't it true, sir, that Dabir

                 SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

13F3GUGD                          BIRNBAUM

```
 1     International Limited, by filing this
 2     application, represented to the U.S. patent and
 3     trademark office that Dabir is using
 4     "Guggenheim" for vodka?
 5            A.     I invoke my Fifth Amendment.
 6            Q.     Isn't it true, sir, that by Dabir
 7     International submitting this application,
 8     trademark application, that Dabir is
 9     representing that it is currently using the term
10     "Guggenheim" for financial services?
11            A.     I invoke my Fifth Amendment.
12            Q.     Pointing you to the next page of this
13     exhibit, there is a listing stating
14     correspondence information.  Do you see that
15     portion of the document?
16            A.     I invoke my Fifth Amendment.
17            Q.     The name of the correspondence is
18     listed as Dabir International Limited.  Do you
19     see that portion, sir?
20            A.     I invoke my Fifth Amendment.
21            Q.     The address for the correspondence is
22     listed as 525 Ocean Parkway, Brooklyn, New York
23     11218.  Do you see that portion of the document,
24     sir?
25            A.     I invoke my Fifth Amendment.
```

13F3GUGD                          BIRNBAUM

1          Q.     Isn't that Dabir International's
2     address?
3          A.     I invoke my Fifth Amendment.
4          Q.     Didn't Dabir International submit this
5     application to the U.S. patent and trademark
6     office?
7          A.     I invoke my Fifth Amendment.
8          Q.     On that same page, Mr. Birnbaum, there
9     is a heading entitled fee information.   Do you
10     see that portion of the document?
11          A.     I invoke my Fifth Amendment.
12          Q.     Do you see the portion of the document
13     that states that a fee of $325 was paid for this
14     application?       A.   I invoke my Fifth Amendment.
15          A.     I invoke my Fifth Amendment.
16          Q.     Did Dabir International Limited pay
17     $325 for this application?
18          A.     I invoke my Fifth Amendment.
19          Q.     Isn't it true that Dabir International
20     Limited did pay the $325 for this application?
21          A.     I invoke my Fifth Amendment.
22          Q.     Did somebody pay $325 for this
23     application on behalf of Dabir International
24     Limited?
25          A.     I invoke my Fifth Amendment.
                      SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

13F3GUGD                        BIRNBAUM

1        Q.    Isn't it true that somebody paid the
2   $325 on behalf of Dabir International Limited
3   for this application?
4        A.    I invoke my Fifth Amendment.
5        Q.    Mr. Birnbaum, directing you about
6   three or four pages past that one in the same
7   exhibit, there is a photograph of a bottle.  Do
8   you see this photograph?
9              Do you see the photograph, sir?
10       A.    I invoke my Fifth Amendment.
11       Q.    Is Dabir International Limited
12  familiar with the bottle shown in this
13  photograph?
14       A.    I invoke my Fifth Amendment.
15       Q.    This photograph is a picture of a
16  vodka bottle reading Blat Vodka.  It also
17  contains the term "David B. Guggenheim."  Do you
18  see those words, sir?
19       A.    I invoke my Fifth Amendment.
20       Q.    Isn't it true that Dabir International
21  Limited has engaged in discussions with Blat
22  Vodka to distribute vodka in the U.S. using the
23  term "Guggenheim"?
24       A.    I invoke my Fifth Amendment.
25       Q.    Isn't it true that Dabir International
                 SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

124

13F3GUGD                          BIRNBAUM

```
 1     Limited has falsely represented to Blat Vodka
 2     that it is connected to my clients Guggenheim
 3     Capital and Guggenheim Partners?
 4          A.    I invoke my Fifth Amendment.
 5          Q.    Isn't it true that Dabir International
 6     Limited is working with defendant Zuravel and
 7     defendant Toumei towards the distribution of
 8     Blat Vodka under the Guggenheim name in the
 9     United States?
10          A.    I invoke my Fifth Amendment.
11          Q.    Isn't it true that Dabir International
12     Limited has named Ms. Toumei the head of
13     marketing and promotions for the Blat Vodka
14     under the Guggenheim name?
15          A.    I invoke my Fifth Amendment.
16          Q.    Isn't it true that Dabir International
17     Limited has engaged Mr. Vladimir Zuravel to sell
18     vodka under the Guggenheim name?
19          A.    I invoke my Fifth Amendment.
20          Q.    Isn't it true, Mr. Birnbaum, that you
21     on behalf of Dabir International in your
22     capacity as a principal of Dabir International
23     have negotiated with Blat Vodka for the proposed
24     distribution of vodka under the Guggenheim name?
25          A.    I invoke my Fifth Amendment.
```

13F3GUGD                        BIRNBAUM

```
 1        Q.    Isn't it true, Mr. Birnbaum, that you
 2   on behalf of Dabir International Limited falsely
 3   represented to Blat Vodka that Dabir
 4   International is connected to my clients
 5   Guggenheim Capital and Guggenheim Partners?
 6        A.    I invoke my Fifth Amendment.
 7        Q.    Mr. Birnbaum, directing your attention
 8   to the last two pages of this exhibit.   The next
 9   to last page reads:  Request for express
10   abandonment.  Do you see that portion of the
11   document, sir?
12        A.    I invoke my Fifth Amendment.
13        Q.    This express abandonment of U.S.
14   trademark application serial number 85186314 was
15   made on January 13, 2011, and is signed by a
16   Mr. Cohen.  Is Dabir International Limited
17   represented by Mr. Cohen?
18        A.    I invoke my Fifth Amendment.
19        Q.    Was Dabir International Limited ever
20   represented by Mr. Cohen?
21        A.    I invoke my Fifth Amendment.
22        Q.    Why was this request for express
23   abandonment file by Dabir International, sir?
24        A.    I invoke my Fifth Amendment.
25        Q.    Did the Court order Dabir
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

13F3GUGD                         BIRNBAUM

1    International to withdraw this application?
2         A.    I invoke my Fifth Amendment.
3         Q.    Isn't it true that the Court in this
4    case ordered Dabir International Limited to
5    withdraw this application?
6         A.    I invoke my Fifth Amendment.
7              MR. SHANAHAN:  Off the record.
8              THE VIDEOGRAPHER:  This ends tape
9    number three.  We're off the record at 3:17.
10             (Discussion off the record)
11             (Recess)
12             THE VIDEOGRAPHER:  This begins tape
13   number four in the 30(b)(6) deposition of David
14   Birnbaum for Dabir International.  We are on the
15   record at 3:40.
16   BY MS. WEEKS:
17        Q.    Mr. Birnbaum, how long has Dabir
18   International been in business?
19        A.    I invoke the Fifth Amendment.
20        Q.    Has Dabir International ever generated
21   any revenue?
22        A.    I invoke the Fifth Amendment.
23        Q.    Has Dabir International ever turned a
24   profit?
25        A.    I invoke the Fifth Amendment.
              SOUTHERN DISTRICT REPORTERS, P.C.
                     (212) 805-0300

127

13F3GUGD                          BIRNBAUM

1          Q.      How long have principals, agents or
2    employees of Dabir been using the term
3    "Guggenheim"?
4          A.      I invoke the Fifth Amendment.
5          Q.      How long have principals, employees or
6    agents of Dabir been using the term "Guggenheim"
7    for financial services?
8          A.      I invoke the Fifth Amendment.
9          Q.      Who has signed federal tax returns on
10   behalf of Dabir?
11         A.      I invoke the Fifth Amendment.
12         Q.      Who has signed state tax returns on
13   behalf of Dabir?
14         A.      I invoke the Fifth Amendment.
15         Q.      Has Dabir ever filed a federal tax
16   return using the name Birnbaum?
17         A.      I invoke the Fifth Amendment.
18         Q.      Has Dabir ever filed a state tax
19   return using the name Birnbaum?
20         A.      I invoke the Fifth Amendment.
21         Q.      Has Dabir ever filed a federal tax
22   return using the name Guggenheim?
23         A.      I invoke the Fifth Amendment.
24         Q.      Has Dabir ever filed a state tax
25   return using the name Guggenheim?

                     SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

```
     13F3GUGD                    BIRNBAUM
 1          A.      I invoke the Fifth Amendment.
 2          Q.      Has Dabir ever paid any money to
 3   Proximity Petroleum International Hong Kong
 4   Limited?
 5          A.      I invoke Fifth Amendment.
 6          Q.      Has Dabir ever received any money from
 7   Proximity Petroleum International Hong Kong
 8   Limited?
 9          A.      I invoke the Fifth Amendment.
10          Q.      Is Proximity Petroleum International
11   Hong Kong Limited a division of Dabir
12   International?
13          A.      I invoke Fifth Amendment.
14          Q.      Has anyone ever objected to Dabir
15   International Limited's use of the term
16   "Guggenheim"?
17          A.      I invoke the Fifth Amendment.
18          Q.      Has Dabir International Limited ever
19   objected to any other person's use of the term
20   "Guggenheim"?
21          A.      I invoke the Fifth Amendment.
22          Q.      Has Dabir International Limited ever
23   conducted a trademark search concerning the term
24   "Guggenheim"?
25          A.      I invoke the Fifth Amendment.
                      SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
```

13F3GUGD                        BIRNBAUM

1        Q.      Has Dabir International Limited ever
2   requested attorney advice concerning Dabir's use
3   of the term "Guggenheim"?
4        A.      I invoke the Fifth Amendment.
5               MR. MANEVITZ:  I'm going to throw out
6   an objection on attorney/client but he invoked.
7               MS. WEEKS:  I'm just asking if he
8   asked for advice or not.  I'm not asking the
9   content.  I am asking whether Dabir had
10  requested advice but I'm not inquiring as to the
11  content.
12              MR. MANEVITZ:  I understand.
13       Q.      Has Dabir International Limited ever
14  sought permission from any person concerning
15  Dabir's use of the term "Guggenheim"?
16       A.      I invoke the Fifth Amendment.
17       Q.      Has Dabir International ever licensed
18  the term "Guggenheim" for another's use in
19  business transactions?
20       A.      I invoke the Fifth Amendment.
21       Q.      Has Dabir International Limited ever
22  objected to my client's use of the term
23  "Guggenheim"?
24       A.      I invoke Fifth Amendment.
25       Q.      Has defendant Dabir International
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

130

13F3GUGD                          BIRNBAUM
1     Limited ever represented to any person that it
2     is not affiliated with my clients Guggenheim
3     Partners and Guggenheim Capital?
4          A.     I invoke the Fifth Amendment.
5          Q.     Are Dabir International Limited and
6     Guggenheim Trust Company connected?
7          A.     I invoke the Fifth Amendment.
8          Q.     Is Guggenheim Trust Company an alias
9     for Dabir International limited?
10         A.     I invoke the Fifth Amendment.
11         Q.     What was Dabir's revenue in 2010?
12         A.     I invoke Fifth Amendment.
13         Q.     How about 2009?
14         A.     I invoke the Fifth Amendment.
15         Q.     What was Dabir's revenue for any year
16    since its incorporation?
17         A.     I invoke the Fifth Amendment.
18         Q.     Is Dabir International Limited ever
19    been known by any other name other than Dabir
20    International Limited?
21         A.     I invoke the Fifth Amendment.
22              MS. WEEKS:  Thank you, Mr. Birnbaum, I
23    have no further questions for Dabir.  I think we
24    can adjourn for today.
25              THE VIDEOGRAPHER:  This concludes
                  SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

131

13F3GUGD                          BIRNBAUM

1    today's proceedings.  We're off the record at
2    3:47.
3

3
4                                              DAVID
4    BIRNBAUM
5

5
6        Subscribed and sworn to
6        before me this                    day
7        of            , 2011.
7

8

8
9                CERTIFICATE
10   STATE OF NEW YORK )
10                 :  Ss
11   COUNTY OF NEW YORK)
11

12            I, Rebecca Forman, a Registered Merit
12   Reporter and Notary Public within and for the
13   State of New York, do hereby certify:
13

14            That David Birnbaum, the witness whose
14   deposition is hereinbefore set forth, was duly
15   sworn by me and that such deposition is a true
15   record of the testimony given by such witness.
16

16            I further certify that I am not
17   related to any of the parties to this action by
17   blood or marriage and that I am in no way
18   interested in the outcome of this matter.
18

19            I further certify that neither the deponent nor a
19   party requested a review of the transcript pursuant to Federal
20   Rule of Civil Procedure 30(e) before the deposition was
20   completed.
21

21            In witness whereof, I have hereunto
22   set my hand this 17th day of March, 2011
22

23

23
24                          REBECCA FORMAN, RMR
24

25

                SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300