UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronald D. Coleman (RC 3875)
GOETZ FITZPATRICK LLP
One Penn Plaza—Suite 4401
New York, NY 10119
212-695-8100
rcoleman@goetzfitz.com
*Attorneys for Defendants*
*David Birnbaum and Dabir International, Ltd.*

| | |
|---|---|
| GUGGENHEIM CAPITAL, LLC, *et al.*, <br><br> *Plaintiffs*, <br><br> - *vs.*- <br><br> CATARINA PIETRA TOUMEI, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 10 cv 8830 (PGG) <br><br><br> **NOTICE OF APPEARANCE** |

Please take notice of the appearance on behalf of defendants David Birnbaum and Dabir International, Ltd., of the undersigned, a partner of the named law firm and a member in good standing of the Bar of this Court, in the above-entitled action.

GOETZ FITZPATRICK LLP

By: _____
        Ronald D. Coleman (RC 3875)

One Penn Plaza—Suite 4401
New York, NY 10119
212-695-8100
rcoleman@goetzfitz.com
*Attorneys for Defendants*
*David Birnbaum and Dabir International, Ltd.*

Dated:  August 10, 2011