UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUGGENHEIM CAPITAL, LLC, and
GUGGENHEIM PARTNERS, LLC,

        Plaintiffs,

- against -

CATARINA PIETRA TOUMEI, A/K/A
LADY CATARINA PIETRA TOUMEI,
A/K/A CATARINA FREDERICK;
VLADIMIR ZURAVEL, A/K/A
VLADIMIR GUGGENHEIM, A/K/A
VLADIMIR Z. GUGGENHEIM, A/K/A
VLADIMIR Z. GUGGENHEIM BANK;
DAVID BIRNBAUM, A/K/A DAVID B.
GUGGENHEIM; ELI PICHEL; and JOHN
DOES 1-10,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/11

**ORDER**

10 Civ. 8830 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Having received Plaintiffs' request for leave to file a reply in support of their petition for attorneys' fees, it is hereby ORDERED that Plaintiffs are granted leave to file a reply by September 2, 2011. Plaintiffs are further directed to submit contemporaneous time records for their attorneys' fees and costs in redacted form by September 2, 2011.

Dated: New York, New York
       August 23, 2011

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge